IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Craig B. Shaffer

CIVIL ACTION NO.: **1:07-cv-01097-MJW-CBS**

ANNETTE RHOADS,

    Plaintiff

v.

LOWE'S HIW, INC.

    Defendant.

## ORDER DISMISSING WITH PREJUDICE ( Docket No 27 )

THE COURT has reviewed the Plaintiff's Motion to Dismiss and having reviewed the file and being fully advised in the premise finds as follows:

The Plaintiff has asserted that the parties have entered into an agreement that has resolved all of the issues in the complaint and that the motion to dismiss with prejudice is unopposed.

IT IS THEREFORE ORDERED that this case is hereby DISMISSED with prejudice.

Done and Signed this 10TH day of December, 2007

_____
United States District Court Magistrate Judge
MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO